JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

MISTER BAILEY,

        Plaintiff,

    v.

L.A. SANTA ROSA RESTAURANT, INC.; and DOES 1 to 10,

        Defendants.

Case No. 2:25-cv-05341-AB (PDx)

**ORDER DISMISSING CIVIL ACTION**

    The Court has been advised that this action has been settled.

    The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  August 26, 2025

_____
HON. ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE